Lacko, et ux. *v.* Hedemark, et ux. (et al., Appellant).

Argued March 15, 1976. *Edward L. Edelstein*, with him *Jeremy E. Goldstein, I. I. Jamison*, and *Goodis, Greenfield, Henry, Shaiman & Levin*, for appellant; *George J. McConchie*, with him *Cramp, D'Iorio, McConchie & Surrick*, for appellee.

Orders affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.